## IN RE DENIAL OF REQUEST FOR ADMIN. HEARING

No. 607P01

Case below: 146 N.C. App. 258

Petition by petitioner (Karen Keltz) for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

## IN RE ESTATE OF MONK

No. 648P01

Case below: 146 N.C. App. 695

Motion by respondent (Mainor and Southerland) for temporary stay allowed 16 November 2001. Justice Butterfield recused.

## IN RE MORRILL

No. 615A01

Case below: 146 N.C. App. 748

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 18 December 2001. Motion by respondent to deny Attorney General's motion to dismiss, dismissed as moot 18 December 2001. Motion by respondent for stay denied 18 December 2001. Motion by respondent for stay of appeal denied 18 December 2001.

## JANNEY v. J.W. JONES LUMBER CO.

No. 492A01

Case below: 145 N.C. App. 402

Motion by plaintiff and defendants to withdraw appeal allowed 18 December 2001.

## KEARNS v. HORSLEY

No. 403P01

Case below: 144 N.C. App. 200

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.